IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN SOLIS,

        Petitioner,                    No. 2:10-cv-00637-KJM-DAD P

    vs.

MIKE McDONALD, Warden,

        Respondent.                 ORDER

_____/

        On March 21, 2012 the District Judge assigned to this action adopted the undersigned's August 2, 2011 findings and recommendations in full and dismissed petitioner's second amended petition for writ of habeas corpus as barred by the applicable statute of limitations. (Dkt. No. 32.) In that order the assigned District Judge also determined that a certificate of appealability would not issue in this action. (Id.) Judgment was entered and the case was closed that same day. (Dkt. No. 33.)

        Since the entry of judgment, petitioner has filed several documents with the court "responding" to the order of dismissal and inquiring about the status of his appeal or "motion." (Dkt. Nos. 34-36.) Petitioner is hereby advised that documents filed by him with this court since the closing date of this action will be disregarded and no further orders will issue

/////

in response to future filings.  Petitioner is also advised that he may seek a certificate of appealability from the U.S. Court of Appeals for the Ninth Circuit.

DATED: December 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
sol0637.158